# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150146

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                     SC: 150146
                                     COA: 314705

PAUL CHARLES SEEWALD,
                                     Wayne CC: 12-010198-FH
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 5, 2014 judgment of the Court of Appeals is considered, and it is GRANTED.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2014



p1119

                                     Clerk